UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

NATIONAL AWARDS SERVICE ADVISORY, LLC, et al.,

    Defendants.

_____/

No. C 10-5418 PJH

**ORDER**

Plaintiff having filed a proof of service of the summons, complaint, and motion papers on defendants Prize Registry Bureau, Inc., Registered Data Analytics, Inc., Steven McClenahan, Consolidated Data Bureau, Inc., Lloyd Brannigan Exchange, Inc., Tully Lovisa, Spectrum Caging Service, Inc., and International Award Advisors, Inc., the order granting plaintiff's request to file its initial pleadings and other documents under seal is VACATED.

**IT IS SO ORDERED.**

Dated: December 9, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge