UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

FEDERAL TRADE COMMISSION
                Plaintiff,

vs.

Case Number: CV-10-5418

TULLY A. LOVISA, individually and
as an officer of INTERNATIONAL AWARD
ADVISORS, INC., SPECTRUM CAGING
SERVICE, INC., CONSOLIDATED DATA
BUREAU, INC., PRIZE REGISTRY BUREAU,
INC., and REGISTERED DATA ANALYTICS, INC.
                Defendant.

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE HEARING**

       Having considered the request of the parties to continue the hearing on Plaintiff's Motion For Civil Contempt Sanctions Against Defendant Tully Lovisa, and good cause appearing thereto, the Court continues the hearing until April 20, 2011, at 9:00a.m. The briefing schedule shall remain the same with oppositions due March 9, 2011 and the government's response due March 16, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 2/25/11

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

