UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

       Plaintiff(s),

    v.

NATIONAL AWARDS SERVICE ADVISORY, LLC, et al.,

       Defendant(s).
_____/

No. C 10-5418 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **March 17, 2011, at, 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically after the regular CMC calendar. The conference will occur on **March 17, 2011 at 3:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: March 8, 2011

                                      PHYLLIS J. HAMILTON
                                      United States District Judge