1  WILLARD K. TOM
   General Counsel
2
   SARAH SCHROEDER (CA Bar No. 221528)
3  MATTHEW GOLD (NY Bar No. 2073963)
   KERRY O'BRIEN (CA Bar No.149264)
4  901 Market Street, Suite 570
   San Francisco, CA 94103
5  Telephone: (415) 848-5100
   Facsimile: (415) 848-5184
6  e-mail: sschroeder@ftc.gov; mgold@ftc.gov
           kobrien@ftc.gov
7  Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION
8

                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION

| FEDERAL TRADE COMMISSION, | Case No. CV 10-5418 PJH |
|---|---|
| Plaintiff, | [~~Proposed~~] **ORDER** |
| v. | **(1) Continuing Hearing on Plaintiff's Motion for Civil Contempt Sanctions to ~~June 29~~, July 13 2011;** |
| NATIONAL AWARDS SERVICE ADVISORY, LLC, et al., | **(2) Striking Defendants' Jury Demand; and** |
| Defendants. | **(3) Vacating the Defaults As To Defendants International Award Advisors, Spectrum Caging Service, Prize Registry Bureau, Consolidated Data Bureau, Registered Data Analytics, and Lloyd Brannigan Exchange** |

   Having reviewed the stipulation between Plaintiff and Defendants, and good cause appearing therefor,

   **IT IS HEREBY ORDERED** that:

   1.   The hearing on Plaintiff's Motion to Hold Defendant Tully Lovisa in Civil Contempt is scheduled for ~~June 29~~ July 13, 2011, at 9:00 a.m, in Courtroom Three;

   2.   Defendants' demand for a jury trial is stricken; and

**Order Continuing Contempt Hearing, Striking Jury Demand, and Vacating Defaults - CV 10-5418 PJH**

1    3.    The default against Defendants International Award Advisors, Spectrum Caging Service, Prize Registry Bureau, Consolidated Data Bureau, Registered Data Analytics, and Lloyd Brannigan Exchange is vacated.

**IT IS SO ORDERED**

Dated: 5/11/11



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

**Order Continuing Contempt Hearing, Striking Jury Demand, and Vacating Defaults - CV 10-5418 PJH**                                        Page 2