WILLARD K. TOM
General Counsel

SARAH SCHROEDER (CA Bar No. 221528)
MATTHEW GOLD (NY Bar No. 2073963)
KERRY O'BRIEN (CA Bar No.149264)
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone: (415) 848-5100
Facsimile: (415) 848-5184
e-mail: sschroeder@ftc.gov; mgold@ftc.gov
         kobrien@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AWARDS SERVICE ADVISORY, LLC, et al.,<br><br>Defendants. | Case No. CV 10-5418 PJH<br><br>**Stipulation and [~~Proposed~~] Order Regarding Plaintiff's Motion for Civil Contempt (Dkt. #41) and Motion Seeking Leave to Amend Complaint (Dkt. #74)**<br><br>Date: July 13, 2011<br>Time: 9:00 a.m.<br>Ctrm: 3, 3rd Floor |

Plaintiff Federal Trade Commission ("FTC") and Defendants International Award Advisors, Inc., Spectrum Caging Service, Inc., Prize Registry Bureau, Inc., Consolidated Data Bureau, Inc., Registered Data Analytics Inc., Lloyd Brannigan Exchange, Inc., Tully Lovisa, and Steven McClenahan ("Stipulating Defendants"), by and through their counsel of record, respectfully submit the following Stipulation and Proposed Order regarding Defendant Tully Lovisa's violation of the asset freeze provisions of the Court's temporary restraining order and Plaintiff's motion seeking leave to amend the complaint.

**Stip. Re: FTC's Motions for Civil Contempt & Leave to Amend Complaint - CV 10-5418 PJH**

1  **WHEREAS**, on November 30, 2010, Plaintiff filed a Complaint for Permanent Injunction and Other Equitable Relief alleging that the Stipulating Defendants' prize promotion activities violated the Federal Trade Commission Act. Plaintiff also filed an Ex Parte Application for Temporary Restraining Order.

**WHEREAS**, on December 1, 2010, this Court entered a Temporary Restraining Order with Asset Freeze and Other Equitable Relief ("TRO") that prohibited the Stipulating Defendants from transferring, conveying, or otherwise disposing of any funds.

**WHEREAS**, on December 2, 2010, the Stipulating Defendants were properly served with the TRO.

**WHEREAS**, on December 2, 2010, after receiving notice of the TRO, Defendant Tully Lovisa facilitated the transfer of $70,000 from a bank account of International Award Advisors, Inc., and $100,000 from a bank account of Spectrum Caging Service, Inc., to his wife, Lisa Lovisa.  Lisa Lovisa provided nothing in return for these transfers.  The transferred funds can be traced directly to the Stipulating Defendants' prize promotion activities that are the subject of this lawsuit. At the time of these transfers, Stipulating Defendants reasonably believed that they would incur debts beyond their ability to pay as they became due.

**WHEREAS**, on December 4, 2010, Mr. Lovisa transferred $63,000 from his business account to an individual named Shaun Sullivan.

**WHEREAS**, on December 15, 2010, this Court entered a Preliminary Injunction with Asset Freeze and Other Equitable Relief ("PI").

**WHEREAS**, on February 16, 2011, Plaintiff filed a motion for civil contempt sanctions against Mr. Lovisa.

**WHEREAS,** on June 6, 2011, Plaintiff filed a motion seeking leave to amend the Complaint.

**WHEREAS**, Mr. Lovisa concedes that he transferred funds in violation of the asset freeze provisions of the TRO.

**Stip. Re: FTC's Motions for Civil Contempt & Leave to Amend Complaint - CV 10-5418 PJH**

**WHEREAS**, Mr. Lovisa agrees to deposit funds in the amount of one hundred thirty thousand dollars ($130,000) into an interest-bearing account maintained by his attorney, Steven DiLibero, Esq. Mr. Lovisa shall deposit the funds by July 29, 2011. The funds shall be frozen subject to the December 15, 2010, Preliminary Injunction and shall be dissipated only by order of this Court.

**WHEREAS**, the Stipulating Defendants agree not to petition the Court for living expenses, attorney fees, or any other item that would require the release of funds frozen pursuant to the TRO and PI.

**WHEREAS**, Plaintiff and the Stipulating Defendants agree that Plaintiff may file an Amended Complaint.

**WHEREAS**, the hearing on Plaintiff's motion for civil contempt and leave to file an amended Complaint scheduled for July 13, 2011, shall be removed from calendar.

**IT IS STIPULATED, AGREED AND ORDERED THAT**

1. Tully Lovisa or his designated agent shall transfer funds in the amount of one hundred thirty thousand dollars ($130,000) to an interest-bearing account maintained by his attorney, Steven DiLibero, Esq., by July 29, 2011;

2. Steven DiLibero, Esq., shall inform Plaintiff by August 1, 2011, of the identification of this account and confirm the amount in the account;

3. Plaintiff is granted leave to file an Amended Complaint; and

4. The hearing on Plaintiff's Motion for Civil Contempt Sanctions and Leave to File an Amended Complaint, currently set for July 13, 2011, shall be cancelled.

**Stip. Re: FTC's Motions for Civil Contempt & Leave to Amend Complaint - CV 10-5418 PJH**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: 7/12/11

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

**SO STIPULATED:**

Dated: July 11, 2011

WILLARD K. TOM
General Counsel

/s/ Sarah Schroeder
SARAH SCHROEDER
KERRY O'BRIEN
MATTHEW GOLD
Attorneys for Plaintiff
Federal Trade Commission

/s/ Steven D. DiLibero, Esquire
Steven D. DiLibero, Esquire, #4678
Attorney for Lisa Lovisa and Defendants
International Award Advisors, Inc.; Spectrum Caging Service, Inc.; Prize Registry Bureau, Inc.; Consolidated Data Bureau, Inc.; Registered Data Analytics Inc.; Lloyd Brannigan Exchange, Inc.; Tully Lovisa; and Steven McClenahan