United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C-10-05418-PJH  (DMR) |
| Plaintiff, | **ORDER RE PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| NATIONAL AWARDS SERVICE ADVISORY, LLC *et al.*, | |
| Defendants. | |

The court is in receipt of Plaintiff's request to continue the settlement conference currently set for September 9, 2011. In its submission, Plaintiff acknowledges that some Defendants oppose the request and that others have not responded. The court therefore ORDERS Defendants to file with the court no later than **September 30, 2011** their reasons for opposing Plaintiff's continuance request, if any.

IT IS SO ORDERED.

Dated: August 29, 2011

DONNA M. RYU
United States Magistrate Judge