UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C-10-05418-PJH  (DMR) |
| Plaintiff(s), | **NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| v. | |
| NATIONAL AWARDS SERVICE ADVISORY, LLC ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

You are hereby notified that the settlement conference is continued. However, the proposed date of September 30, 2011 is not available. The parties therefore shall meet and confer, and contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639 to schedule an alternate date.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated March 31, 2011. [Docket No. 69.]

IT IS SO ORDERED.

Dated: August 31, 2011

DONNA M. RYU
United States Magistrate Judge