UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL AWARDS SERVICE ADVISORY, LLC ET AL<br><br>　　　　Defendants.<br>_____/ | No. C-10-05418-DMR<br><br>**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

　　Based on the parties' representation to the court that a settlement has been agreed upon between Plaintiff Federal Trade Commission and Defendants Geovanni Sorino, Jorge Castro, National Awards Service Advisory, and Central Processing of Nevada, those defendants only are hereby excused from attending the settlement conference scheduled for October 24, 2011.

　　IT IS SO ORDERED.

Dated: October 17, 2011

_____
DONNA M. RYU
United States Magistrate Judge